IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02754-MSK-MJW

SCOTT LEMBERGER and
GINGER LEMBERGER,

Plaintiffs,

v.

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, an Ohio Corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that Defendant's Stipulated Motion for Protective Order (docket no. 21) is GRANTED finding good cause shown. The written Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: February 11, 2016